**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

**CASE NO.: 1:21-cv-03846**

MINDEN PICTURES, INC.,

    Plaintiff,

v.

ABC HUMANE WILDLIFE CONTROL & PREVENTION, INC and REBECCA ERIN FYFFE,

    Defendants.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiff MINDEN PICTURES, INC. by and through its undersigned counsel, brings this Complaint against Defendants ABC HUMANE WILDLIFE CONTROL & PREVENTION, INC and REBECCA ERIN FYFFE for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff MINDEN PICTURES, INC. ("MPI") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute MPI's original copyrighted Work of authorship.

2. Minden Pictures, Inc. is recognized as the premier provider of rights managed wildlife and nature stock photos and feature stories. MPI's collection covers key aspects of natural history, ecology, biodiversity, and endangered species from all continents including many remote and isolated regions. MPI also features images of human interaction with the natural

world highlighting natural science research, conservation, environmental issues, indigenous peoples, and eco travel.

3. Defendant ABC HUMANE WILDLIFE CONTROL & PREVENTION, INC ("ABC") is a pest and wildlife prevention company specializing in capture and damage repair services. At all times relevant herein, ABC owned and operated the internet website located at the URL https://abcwildlife.com/ (the "Website").

4. Defendant Rebecca Erin Fyffe ("Fyffe") is the owner and President of ABC.

5. Defendants ABC and Fyffe are collectively referred to herein as "Defendants."

6. MPI alleges that Defendants copied MPI's copyrighted Work from the internet in order to advertise, market and promote their business activities. Defendants committed the violations alleged in connection with Defendants' business for purposes of advertising and promoting sales to the public in the course and scope of the Defendants' business.

## JURISDICTION AND VENUE

7. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

8. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

9. Defendants are subject to personal jurisdiction in Illinois.

10. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendants engaged in infringement in this district, Defendants reside in this district, and Defendants are subject to personal jurisdiction in this district.

## DEFENDANTS

11. ABC Humane Wildlife Control & Prevention, Inc is an Illinois Corporation, with its principal place of business at 1845 East Rand Road, Suite 108, Arlington Heights, Illinois

60004, and can be served by serving its Registered Agent, Mr. Donald Sadowski, 1515 East Woodfield Road, Suite 880, Schaumburg, Illinois, 60173.

12. Rebecca Erin Fyffe is an individual residing in Cook county, state of Illinois and can be served at 5250 Brown Street, Skokie, Illinolis, 60077.

**THE COPYRIGHTED WORK AT ISSUE**

13. In 2005, Michael Durham created the photograph entitled "640071", which is shown below and referred to herein as the "Work".



14. Michael Durham ("Durham") registered the Work with the Register of Copyrights on January 16, 2009 and was assigned the registration number VA 1-703-097. The Certificate of Registration is attached hereto as Exhibit 1.

15. Durham assigned all rights to the Work to MPI by agreement.

16. MPI's Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets.

17. At all relevant times MPI was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY DEFENDANTS

18. Defendants have never been licensed to use the Work at issue in this action for any purpose.

19. On a date after the Work at issue in this action was created, but prior to the filing of this action, Defendants copied the Work.

20. On or about July 19, 2018, MPI discovered the unauthorized use of its Work on the Website promoting their bat removal services.

21. Defendants copied MPI's copyrighted Work without MPI's permission.

22. After Defendants copied the Work, they made further copies and distributed the Work on the internet to promote the sale of goods and services as part of their wildlife and pest control services.

23. Defendants copied and distributed MPI's copyrighted Work in connection with Defendants' business for purposes of advertising and promoting Defendants' business, and in the course and scope of advertising and selling products and services.

24. MPI's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

25. Defendants committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

26. MPI never gave Defendants permission or authority to copy, distribute or display the Work at issue in this case.

27. MPI notified Defendants of the allegations set forth herein on December 29, 2020 and January 15, 2021. To date, Defendants have failed to respond to Plaintiff's Notices. Copies of the Notices to Defendants are attached hereto as Exhibit 3.

## COUNT I
## COPYRIGHT INFRINGEMENT

28. MPI incorporates the allegations of paragraphs 1 through 26 of this Complaint as if fully set forth herein.

29. MPI owns a valid copyright in the Work at issue in this case.

30. MPI registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

31. Defendants copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without MPI's authorization in violation of 17 U.S.C. § 501.

32. Defendants performed the acts alleged in the course and scope of its business activities.

33. Defendants' acts were willful.

34. MPI has been damaged.

35. The harm caused to MPI has been irreparable.

WHEREFORE, the Plaintiff Minden Pictures, Inc. prays for judgment against the Defendants ABC Humane Wildlife Control & Prevention, Inc and Rebecca Erin Fyffe that:

    a. Defendants and their officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. Defendants be required to pay Plaintiff its actual damages and Defendants' profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

c. Plaintiff be awarded its attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Plaintiff be awarded pre and post-judgment interest; and

e. Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: July 19, 2021  Respectfully submitted,

*/s/Joel B. Rothman*
JOEL B. ROTHMAN
joel.rothman@sriplaw.com
CRAIG A. WIRTH
craig.wirth@sriplaw.com

**SRIPLAW**
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Minden Pictures, Inc.*